CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

DEPRINVIL MANOACH, : Civil No. 11-2619 (SRC)
:
Petitioner, :
:
v. : **ORDER**
:
OSCAR AVILES, et al., :
:
Respondents. :

For the reasons expressed in the Memorandum Opinion accompanying this Order,

IT IS on this 19 day of July, 2011,

ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DISMISSED as moot; and it is further

ORDERED that the Clerk shall serve copies of this Order upon the parties, and shall close the file.

_____
STANLEY R. CHESLER, U.S.D.J.